IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Plaintiff(s)

SUSAN CHANA LASK on behalf of herself
& Others Similarly Situated.

vs.                                                                     CIVIL ACTION NO. 06-3066

Defendant(s)
RONALD R. DONATUCCI, in his official capacity
as Register of Wills for Philadelphia County,
JOHN F. RAIMONDI, in his official capacity as
Deputy Register of Wills for Philadelphia County

## STIPULATION OF DISMISSAL IN ACCORDANCE WITH LOCAL CIVIL RULE 41.1(b)

The parties hereto hereby stipulate and agree that the above-captioned action is settled, and that the action shall be dismissed, with prejudice, without costs, in accordance with the provisions of Local Civil Rule 41.1(b).

_____
SUSAN CHANA LASK
Plaintiff *pro se*

Dated: July 6, 2007

_____
FRANK DeSIMONE, ESQUIRE
MICHAEL E. GARNER, ESQUIRE
Attorneys for Defendants

Dated: 7-6-07