IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN CHANA LASK on behalf of herself and all others similarly situated | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RONALD R. DONATUCCI, in his official capacity as Register of Willis for Philadelphia County; JOHN F. RAIMONDI, in his official capacity as Deputy Register of Wills for Philadelphia County | : : : : | No. 06-3066 |

## ORDER

AND NOW, this 30th day of July, 2007, it appearing that the parties ahve entered into a Stipulation of Dismissal in accordance with Local Civil Rule 41(b), it is **ORDERED** that:

1. This Stipulation (paper no. 42) is **APPROVED**.

2. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO ALL DEFENDANTS**.

3. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                                                       or              BY THE COURT:


*/s/ Madeline F. Ward*                                                 */s/ Norma L. Shapiro*
Madeline F. Ward, Deputy Clerk                                                                                S.J.